IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES LEE McCOY,

    Petitioner,

vs.                                CASE NO. 5:09cv281/RS-MD

WARDEN KENNY ATKINSON,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 9) and Petitioner's A Motion Of Objection (Doc. 10). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.
2. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 (Doc. 1) is denied.
3. The clerk is directed to close the file.

**ORDERED** on September 22, 2009.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**